# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff.

VS.

DONISHA HENSON,
    Defendant.

NO: 05-20146-Ml

**MOTION GRANTED**
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
Oct. 27, 2005

## MOTION TO CONTINUE REPORT DATE

COMES NOW Defendant Donisha Henson, by and through her attorney of record, and respectfully moves this Honorable Court to continue the report date that is set in this case. The report date is currently set for October 28, 2005. In support thereof, Ms. Henson would show the following:

1. Ms. Henson is currently housed in the Madison County Jail in Jackson, Tennessee.

2. Counsel has received and reviewed discovery with Ms. Henson.

3. It appears that the case will be settled without trial. Resolution of it, however, will require additional negotiation with the United States of America.

4. Counsel would respectfully request that this case be continued for sixty additional days.



This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-28-05

5. Counsel for the United States of America, David Henry, has no objection to this request.

Respectfully submitted,

*[signature]*

Juni S. Ganguli (TN 018659)
Attorney for Defendant
40 South Main Street, Suite 1540
Memphis, TN 38103
(901) 544-9339

## CERTIFICATE OF SERVICE

I, Juni S. Ganguli, attorney for Defendant, do hereby certify that a copy of the foregoing document has been forwarded to Assistant United States Attorney David Henry, Office of the United States Attorney, 167 North Main Street, Suite 800, Memphis, Tennessee, on this the 24th day of October, 2005.

*[signature]*

Juni S. Ganguli

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CR-20146 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT