# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

**UNITED STATES OF AMERICA,**
  Plaintiff.

VS.

**DONISHA HENSON,**
  Defendant.

NO: 05-20146-MI

*MOTION GRANTED*
*Reset to: Fri. 1/27/06 @ 9:00 AM*
*JON PHIPPS McCALLA*
*U.S. DISTRICT JUDGE*
*DEC 19 2005*

## MOTION TO CONTINUE REPORT DATE

COMES NOW Defendant Donisha Henson, through counsel of record Juni S. Ganguli, and requests that the report date in her case be continued. The report date is currently set for December 20, 2005. In support thereof, Ms. Henson would show the following:

1. Ms. Henson is housed in the Madison County Jail in Jackson, Tennessee;

2. Defendant is serving a forty six month sentence that she received from the Northern District of Mississippi in July 2005;

3. Counsel has negotiated the case with Assistant Attorney for the United States of America, David Henry;

4. The parties are close to settlement, and Counsel does not anticipate trial;

5. Mr. Henry has no objections to this request.

WHEREFORE PREMISES CONSIDERED, Defendant respectfully requests that the case be continued to the January 2006 report date.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-20-05



Respectfully submitted,

*[signature]*

Juni S. Ganguli (TN 018659)
Attorney for Defendant
40 South Main Street, Suite 1540
Memphis, TN 38103
(901) 544-9339


## CERTIFICATE OF SERVICE

I, Juni S. Ganguli, attorney for Defendant, do hereby certify that a copy of the foregoing document has been forwarded to the Assistant United States Attorney David Henry, 167 North Main Street, Memphis, Tennessee, on the 19th day of December, 2005.

*[signature]*

Juni S. Ganguli

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CR-20146 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT